UNITED STATES of America, Plaintiff–Appellee,

v.

Michael E. WILLIAMS, Defendant–Appellant.

No. 13–6450.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2013.

Decided: Aug. 28, 2013.

Michael E. Williams, Appellant pro se. Stephen David Schiller, Assistant United States Attorney, Olivia L. Norman, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams,* No. 3:03–cr–00344–HEH–1 (E.D.Va. Mar. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*